**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1992**

---

MELVILLE H. DORSEY, JR.,

                                             Plaintiff - Appellant,

       versus

WINTERGREEN PARTNERS, INC., d/b/a Wintergreen
Resort and Club,

                                           Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-02-110)

---

Submitted:  May 28, 2004               Decided:  July 1, 2004

---

Before MICHAEL, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William L. Hopper, James C. Wrenn, Jr., HOPPER & HICKS, L.L.P., Oxford, North Carolina; David L. Heilberg, Charlottesville, Virginia, for Appellant.  Christopher C. Spencer, James M. Snyder, BOWMAN & BROOKE L.L.P., Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melville H. Dorsey, Jr., appeals the district court's order granting summary judgment in favor of Wintergreen Partners, Inc., d/b/a Wintergreen Resort and Club, in Dorsey's negligence action. We have reviewed the parties' briefs and the joint appendix, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Dorsey v. Wintergreen Partners, Inc.</u>, No. CA-02-110 (W.D. Va. July 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>